IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| WILLIAM E. CARLSON | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:22-CV-02263 |
| | § | |
| JPMORGAN CHASE BANK, N.A. | § | |

_____

**UNOPPOSED STIPULATION OF DISMISSAL WITHOUT PREJUDICE**
_____

TO THE HONORABLE DISTRICT COURT JUDGE:

Pursuant to the Federal Rule of Civil Procedure, Plaintiff William E. Carlson hereby stipulates and agrees to the following:

1. Plaintiff filed his Original Petition, Application for Injunctive Relief, and Request for Disclosures in the 234th Judicial Court of Harris County, Texas on June 29, 2022.

2. Defendant filed its Notice of Removal on July 8, 2022.

3. The parties have resolved this matter amongst themselves.

4. Plaintiff as well as Defendant shall bear their own attorney's fees, expert fees, and litigation expenses incurred in litigating these claims.

5. Accordingly, Plaintiff requests that the Court dismiss this lawsuit with prejudice against filing same in the future.

WHEREFORE, PREMISES CONSIDERED, the Plaintiff hereto requests that the Court enter the attached Order dismissing the above-entitled and numbered cause with prejudice with costs of court being assessed against the party incurring same.

Respectfully submitted,

VILT LAW, P.C.

By: /s/ *Robert C. Vilt*
ROBERT C. VILT
Texas Bar Number 00788586
Federal Bar Number 20296
Email: clay@viltlaw.com
5177 Richmond Avenue, Suite 1142
Houston, Texas 77056
Telephone: 713.840.7570
Facsimile: 713.877.1827
ATTORNEYS FOR PLAINTIFF

### CERTIFICATE OF CONFERENCE

I hereby certify that a conference was held on the merits of this motion on July 28, 2022 with Rachel Hytken and she is not opposed to the relief sought herein.

/s/ *Robert C. Vilt*
ROBERT C. VILT

### CERTIFICATE OF SERVICE

I hereby certify that on July 28, 2022 the foregoing was filed with the Court via the CM/ECF system and that the Clerk of the Court will forward a copy of same to the following CM/ECF users:

WM. Lance Lewis,
Rachel Hytken
QUILLING, SELANDER, LOWNDS,
WINSLETT & MOSER, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas 75201

By: */s/ Robert C. Vilt*
ROBERT C. VILT